MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 06-5134M |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER EXTENDING |
| ) | TIME TO FILE INDICTMENT |
| KENNETH P. McDONALD, ) | |
| ) | |
| Defendant. ) | |

The Court, having reviewed the stipulation by the parties, hereby finds that the reasons set forth therein for the requested 60-day extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interest of the public and the defendant in a speedy trial. Accordingly,

IT IS HEREBY ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended from December 11, 2006 to February 9, 2007.

IT IS FURTHER ORDERED that the period of delay from December 11, 2006 to February 9, 2007 is excludable time pursuant to 18 U.S.C. §§ 3161 through 3164.

DONE this 8th day of December, 2006.

s/ J Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Russell V. Leonard             s/ AUSA Bruce Miyake
Attorney for Defendant            *per email authorization 12/4/06*